LAWRENCE, BLAKE & JEWELL, INC., Appellant, v. BOLIVAR APARTMENTS, INC.,

and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.